# EXHIBIT A

Law Offices
# HOWARD J. POTASH
Suite 542
390 Main Street
Worcester, Massachusetts 01608

(508) 754-2624
Facsimile (508) 754-0866

**Certified Mail Return Receipt Requested**

April 7, 2021

Golub Corporation
d/b/a Price Chopper Supermarkets
461 Nott Street
Schenectady, NY 12308

RE: Paul Tycz v. Golub Corporation d/b/a Price Chopper Supermarkets
Civil Action No. 20185CV366B

Dear Sir/Madam:

    Pursuant to the long arm statute enclosed herewith please find an original and a copy of a summons, Civil Action Cover Sheet and Complaint.

    Please direct same to your legal counsel so that they may accept service on your behalf.

    Should you have any questions, please call me.

Very truly yours,

Howard J. Potash

HJP/emn
Enclosures

| Summons | CIVIL DOCKET NO. 2185CV366B | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Paul Tycz Plaintiff(s) vs. Golub Corporation d/b/a Price Chopper Supermarkets Defendant(s) | | Clerk of Courts County COURT NAME & ADDRESS: Worcester Superior 225 Main St. Worcester MA 01608 |

THIS SUMMONS IS DIRECTED TO Golub Corporation (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant Chief Justice on April 6, 2021. (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____          Signature: _____

**N.B. TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: _____

rev. 1/2019

| Summons | CIVIL DOCKET NO.  2185CV3668 | Trial Court of Massachusetts  The Superior Court |
|---|---|---|
| CASE NAME:  Paul Tycz  Plaintiff(s)  vs.  Golub Corporation d/b/a Price Chopper Supermarkets  Defendant(s) | | Clerk of Courts  County  COURT NAME & ADDRESS:  Worcester Superior  225 Main St.  Worcester MA 01608 |

THIS SUMMONS IS DIRECTED TO __Golub Corporation__ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on April 6, 2021. (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____          Signature: _____

**N.B. TO PROCESS SERVER:**

    **PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Paul Tycz <br> ADDRESS: 7 Mackenzie Road, Charlton, MA 01507 | | COUNTY <br> Worcester |
| | DEFENDANT(S): Golub Corporation d/b/a Price Chopper Supermarkets | |
| ATTORNEY: Howard J. Potash <br> ADDRESS: 390 Main Street, Suite 542 <br> Worcester, MA 01608 | | ADDRESS: 461 Nott Street <br> Schenectady, NY 12308 |
| BBO: | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A05 | Wrongful Termination | F | ☐ YES ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?  ☐ YES  ☒ NO

Is this a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............... $_____
  2. Total doctor expenses ............... $_____
  3. Total chiropractic expenses ............... $_____
  4. Total physical therapy expenses ............... $_____
  5. Total other expenses (describe below) ............... $_____
     Subtotal (A): $_____

B. Documented lost wages and compensation to date ............... $_____
C. Documented property damages to date ............... $_____
D. Reasonably anticipated future medical and hospital expenses ............... $_____
E. Reasonably anticipated lost wages ............... $_____
F. Other documented items of damages (describe below) ............... $_____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $_____

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

☒ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $ 5W,W

This is an action of wrongful termination.

Signature of Attorney/ Unrepresented Plaintiff: X _____  Date: 2-19-21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____  Date: 2-19-21

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference In Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action Involving an Incarcerated Party | (A) |
| PB1 Tortious Action Involving an Incarcerated Party | (A) |
| PC1 Real Property Action Involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action Involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | [X] YES [ ] NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT
SUPERIOR COURT DEPARTMENT

WORCESTER, ss.                                                    CIVIL ACTION NO.

PAUL TYCZ, )
    Plaintiff )
     )
v. )
     )
GOLUB CORPORATION d/b/a )
PRICE CHOPPER SUPERMARKETS, )
    Defendant )

## COMPLAINT

**I. PARTIES**

1. The Plaintiff, Paul Tycz, a registered pharmacist, is a resident of 7 Mackenzie Road, Charlton, Massachusetts 01507.

2. Defendant, Golub Corporation d/b/a Price Chopper Supermarkets has a principal place of business at 461 Nott Street, Schenectady, New York 12308 and operates a supermarket and pharmacy in Webster, Worcester County, Massachusetts.

s 02148.

**II. CAUSE OF ACTION**

3. This is an action for wrongful termination; slander; defamation of character; and intentional infliction of emotion distress.

**II. FACTS**

4. The Plaintiff, Paul Tycz (hereinafter "Tycz") was employed as a registered pharmacist for many years at Price Chopper and was the manager of the Webster Pharmacy.

5. Tycz was not the supervisor of other pharmacists. They were supervised by a pharmacy supervisor.

1

6. On June 17, 2020 Tycz was terminated alleging "Paul Tycz did not provide appropriate oversight and supervision of his pharmacy.

7. Tycz denies any wrongdoing on his part as it was not his pharmacy and was following the terms of his employment and responsibilities and duties by filling prescriptions and notes that he was not there all of the time with the other pharmacists (co-workers).

8. Defendant, Golub Corporation d/b/a Price Chopper Supermarkets (hereinafter "Golub") alleges that Tycz tampered with prescription which left the store ten days before a complaint was made.

9. After an examination, there was no tampering of any of the tablets/capsules and said prescription was replaced for the customer.

10. The prescription was under the control of the customer for about ten (10) days and the pharmacy has no responsibility once the prescription leaves the premises and under the control of another individual.

## COUNT I – WRONGFUL TERMINATION

11. The Plaintiff, Paul Tycz, repeats and re-avers the allegations contained in paragraphs 1 through 10 as if fully set forth herein.

12. Tycz was wrongfully terminated and the allegations made were flatly unwarranted as set forth in the Teammate Documentation Form (see Exhibit "A").

13. The termination is unlawful and without merit based on alleged accusations which have yet to be substantiated.

14. As a result of Golub's actions, Tycz has lost employment and income of $113,000 yearly and damaged his good name and reputation as a registered pharmacist in a small community in Webster.

2

15. Tycz never observed any tampering of prescriptions while he was at Price Chopper and never failed to report any unlawful activity.

16. Tycz denies any responsibility for any unlawful activity, if any, and any responsibility for supervisor lies with his pharmacy supervisor whose wife was employed as a registered pharmacist at the same Price Chopper location.

17. Tycz has been refused any access to video evidence and Tycz was no responsible to supervise pharmacists while they were filling prescriptions which may have even occurred while he was not even present.

18. The rationale for termination is erroneous and egregious and not advanced in good faith.

19. As a result, Tycz has been damaged and has been unable to secure new employment.

20. Upon information and belief, Tycz has been denied unemployment benefits.

WHEREFORE, the Plaintiff, Paul Tycz, demands judgment and damages against the Defendant, Golub Corporation d/b/a Price Chopper Supermarkets, plus interest and costs as this Court deems meet and just.

## COUNT II – SLANDER

21. The Plaintiff, Paul Tycz, repeats and re-avers the allegations contained in paragraphs 1 through 20 as if fully set forth herein.

22. Golub has slandered the good name and reputation of Tycz by falsely accusing him of wrongdoing as a registered pharmacist concerning controlled substances.

23. As a result, Tycz has been damaged by the actions of Golub.

WHEREFORE, the Plaintiff, Paul Tycz, demands judgment and damages against the Defendant, Golub Corporation d/b/a Price Chopper Supermarkets, plus interest and costs as this Court deems meet and just.

## COUNT III – DEFAMATION OF CHARACTER

24. The Plaintiff, Paul Tycz, repeats and re-avers the allegations contained in paragraphs 1 through 23 as if fully set forth herein.

25. Tycz asserts Golub has defamed his character by accusing his of acts set forth in Exhibit A which are false and untrue and without merit.

26. As a result, Tycz has been damaged by the actions of Golub.

WHEREFORE, the Plaintiff, Paul Tycz, demands judgment and damages against the Defendant, Golub Corporation d/b/a Price Chopper Supermarkets, plus interest and costs as this Court deems meet and just.

## COUNT IV – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

27. The Plaintiff, Paul Tycz, repeats and re-avers the allegations contained in paragraphs 1 through 26 as if fully set forth herein.

28. Tycz has suffered severe infliction of emotional harm/distress as a result of the actions of Golub.

29. As a result, Tycz has been damaged by the actions of Golub.

WHEREFORE, the Plaintiff, Paul Tycz, demands judgment and damages against the Defendant, Golub Corporation d/b/a Price Chopper Supermarkets, plus interest and costs as this Court deems meet and just.

RESPECTFULLY SUBMITTED,
Plaintiff, Paul Tycz.
By his attorney,

_____
Howard J. Potash, Esquire
390 Main Street, Suite 542
Worcester, MA  01608
(508) 754-2624
BBO#404160

Dated: February 19, 2021

5

# Teammate Documentation Form

| | | | |
|---|---|---|---|
| **Name:** | Paul Tycz | **Clock Number:** | 381954 |
| **Store:** | 240 | **Date:** | 06/17/20 |
| **Department:** | Pharmacy/008 | | |

### It is necessary to warn you of the following violation:

| | Of work rules or policy | X | Of work performance standards | 1 X |

### Violation:
Failure to Supervise

### Documentation of Incident:
Paul Tycz did not provide appropriate oversight and supervison of his pharmacy. Paul was contacted by a community Nurse Practitioner as well as by a patient's mother with concerns that there was suspected tampering of a controlled substance within his pharmacy. Subsequent video evidence and controlled substance count has confirmed that there was such tampering. Despite having been recently informed to let his Supervisor know of any issues with control substance prescriptions, Paul failed to report the complaint/concern to his Supervisor or review the matter in any substantive way such that appropriate follow-up, to include reporting requirements, could be completed.

### Action Taken:
Termination.

### Future Course of Action:
N/A

### Teammate Comments:

### Acknowledgement of Notifications: | Teammate Initials:

| | |
|---|---|
| I acknowledge receipt of the above notice | |
| I am aware I can utilize the ACT Process if I disagree with the action taken | |
| I understand that I have 30 days to initiate the ACT Process from the date below | |
| I prefer not to sign this documentation | |

| | | |
|---|---|---|
| **Signature of Teammate** | | Date: |
| **Signature of Supervisor** | *[signature]* | Date: 6/17/2020 |
| **Signature of Store Manager** | | Date: |

Note: Incidents involving company security must be reported directly to the Loss Prevention Department by the Supervisor.
Form No. 1297N (1/4/16)